STATE ex rel. DICKINSON VS. BRUNNER.

*Complaint—Action to try title to office.*

In an action to try title to a public office, it is sufficient if the complaint alleges that the relator, at the general election held, on &c., in the several towns and election districts of a certain named county, "was duly elected and chosen by the legal and qualified voters of said county," to said office; and the whole number of votes given at such election for that office, with the number given for each candidate, need not be stated.

COLE, J.    This is a suit instituted to try title to a public office. The complaint alleges, among other things, that the relator, at the general election held on the 8th of November, 1864, in the several towns and election districts of Lafayette county, was

duly elected and chosen by the legal and qualified electors of said county to the office of clerk of the board of supervisors, &c. The complaint is demurred to on the ground that it does not state facts sufficient to constitute a cause of action, but states conclusions of law merely. The cause has been submitted without argument, and without briefs on either side. The particular objection taken to the complaint we suppose to be, that it does not state how many votes were given at the election for the office of clerk of the board of supervisors, and the number given for each candidate, so as to show that the relator received the greatest number and was entitled to the office. We are inclined to hold the complaint sufficient. *Attorney General ex rel. v. Barstow*, 4 Wis., 568; 2 Kernan, 434.

*By the Court.*—The demurrer is overruled, with leave for the respondent to answer in twenty days.